BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America




AUG 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>32 SANTA FE AVENUE, EMPIRE, CALIFORNIA,<br><br>2004 GMC TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 5JZL476,<br><br>1993 NISSAN TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 4Y24060, | S.W. NO. 1-11-SW-176-SMS<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrants and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying

Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: 8/16/11

U.S. MAGISTRATE JUDGE

SM SNYDER