```
BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

FILED
APR 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>32 SANTA FE AVENUE, EMPIRE, CALIFORNIA,<br><br>2004 GMC TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 5JZL476,<br><br>1993 NISSAN TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 4Y24060. | S.W. NOS. 1: 11-SW-00176-SMS<br>　　　　　 1: 11-SW-00177-SMS<br>　　　　　 1: 11-SW-00179-SMS<br><br>MOTION TO UNSEAL DOCUMENTS |

The United States of America hereby applies to this Court for an order unsealing the filings in the above-captioned case numbers, including the search warrants, search warrant applications and affidavits previously sealed by the Court on or about August 16, 2011. As the subject of the search has been charged and pleaded guilty in Case No. 12-cr-00422 AWI-BAM, the government submits that the search warrant materials no longer need to remain sealed.

1

1  Accordingly, the United States requests that the filings in
2  the above-captioned case numbers be unsealed and made public
3  record.
4  Date: April 2, 2013

BENJAMIN B. WAGNER
United States Attorney

HENRY Z. CARBAJAL III
Assistant U.S. Attorney

2